**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NAZANIN YAZDAN POURI,

        Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

No. 26-cv-1339

## ORDER

For the reasons explained in Memorandum Opinion, ECF No. 12, it is hereby

**ORDERED** that Defendants' Motion to Dismiss or Transfer, ECF No. 7, is **DENIED** and

Plaintiff's Motion for a Preliminary Injunction, ECF No. 4, is **GRANTED**.  It is further

**ORDERED** that Defendants are preliminarily **ENJOINED** from enforcing the adjudicative

suspension against Plaintiff.  Defendants are further **ORDERED** to process and adjudicate

Plaintiff's Form I-765 application within seven (7) days of this Order, and to file a status report

with this court by June 8, 2026, regarding the steps they have taken to comply with this Order

and updating the court on the status of this matter.  Because Defendants did not request a security

bond and there is no indication that Defendants will suffer damages from this preliminary

injunction, it is further **ORDERED** that no security bond is required.


Date: May 30, 2026


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

Page **1** of **1**